**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LISA MAZZARINO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADMA BIOLOGICS, INC., ADAM S. GROSSMAN, JERROLD V. GROSSMAN, and BRAD TADE,<br><br>Defendants. | Case No. 2:26-cv-06918-ES-AME<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE, AMENDED COMPLAINT, AND MOTION TO DISMISS BRIEFING** |

**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE**

Lead Plaintiff Seafarers Health and Benefits Plan and Seafarers Vacation Plan ("Lead Plaintiff") and Defendants ADMA Biologics, Inc., Adam S. Grossman, Jerrold V. Grossman, and Brad Tade (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), through their undersigned attorneys, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

**WHEREAS**, Plaintiff Lisa Mazzarino commenced this putative securities class action on June 10, 2026 against Defendants;

**WHEREAS**, this action asserts claims under the Securities Exchange Act of 1934, 15 U.S.C. §§ 78a *et seq.*, and is thus subject to the Private Securities Litigation Reform Act of 1995 and the procedures therein for the appointment of a lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, on October 16, 2026, the Court appointed Seafarers Health and Benefits Plan and Seafarers Vacation Plan as Lead Plaintiff and Robbins Geller Rudman & Dowd LLP as Lead Counsel (ECF No. 19);

**WHEREAS**, the Parties have conferred and, subject to the Court's approval, have agreed to the terms set forth below:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Parties, subject to the Court's approval, as follows:

1. The undersigned counsel for Defendants hereby accepts service of the Complaint (ECF No. 1) on behalf of Defendants; provided, however, that the acceptance of service and entry into this Stipulation shall not waive, and Defendants expressly preserve, all rights, claims, and defenses, including, but not limited to, all defenses relating to jurisdiction, other than any defense as to the sufficiency of service of the Complaint;

2. The Parties stipulate and agree that Defendants are under no current obligation to answer or otherwise respond to the Complaint and that, unless otherwise ordered by the Court, Defendants may defer any answer or other response until Lead Plaintiff files an amended complaint (the "Amended Complaint") as set forth below. *See* 15 U.S.C. § 78u-4(a)(3);

3. Lead Plaintiff shall file an Amended Complaint on or before **December 21, 2026**;

4. Defendants' response to the Amended Complaint is due on or before **February 22, 2027**; and

5. If Defendants move to dismiss the Amended Complaint, any opposition papers are due on or before **April 22, 2027**, and any reply papers in further support of the motion to dismiss are due on or before **May 24, 2027.**

DATED: October 28, 2026

s/ *Esther E. Berezofsky*
Esther E. Berezofsky

**MOTLEY RICE LLC**
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone: 856/667-0500
eberezofsky@motleyrice.com

*Liaison Counsel for Lead Plaintiff*

Danielle S. Myers
Michael Albert
Tor Gronborg
Trig R. Smith
John M. Kelley

**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058 (p)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
torg@rgrdlaw.com
trigs@rgrdlaw.com
jkelley@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

s/ *Allison M. Wuertz*
William M. Regan (*pro hac vice* motion forthcoming)
Allison M. Wuertz
Soo Bin Ahn (*pro hac vice* motion forthcoming)

**HOGAN LOVELLS CADWALADER US LLP**
200 Liberty Street
New York, NY 10281
(212) 504-6000 (p)
william.regan@hlc.com
allison.wuertz@hlc.com
soobin.ahn@hlc.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated:

______________________________
Hon. Esther Salas, U.S.D.J.